No. 1284, Misc. GARRETT ET AL. v. UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied. *Joe Tonahill* and *Morris Lavine* on the motion.

No. 1251, Misc. GARNER v. NEW YORK. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 1094, Misc. BURKHART v. UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* for the United States in opposition.

No. 1157, Misc. BELCHER v. HALLOWS, CHIEF JUSTICE, SUPREME COURT OF WISCONSIN, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 1187, Misc. McKINNEY v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 662. DeBACKER v. BRAINARD, SHERIFF. Appeal from Sup. Ct. Neb. Probable jurisdiction noted. *William G. Line* and *John F. Kerrigan* for appellant. *Melvin Kent Kammerlohr,* Assistant Attorney General of Nebraska, for appellee.

No. 829. DUTTON, WARDEN v. EVANS. Appeal from C. A. 5th Cir. Probable jurisdiction noted. *Arthur K. Bolton,* Attorney General of Georgia, and *Alfred L. Evans, Jr., Marion O. Gordon,* and *Mathew Robins,* Assistant Attorneys General, for appellant. *Robert B. Thompson* for appellee.